Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED

# UNITED STATES DISTRICT COURT

for the

Western District  District of __ Texas

2023 SEP -6  PM 4: 55

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____ CR

_____ Austin _____ Division

| | |
|---|---|
| Shahidah T. Brewington | Case No. 1:23CV01061 ☒ |
| ) | |
| ) | (to be filled in by the Clerk's Office) |
| ) | |
| *Plaintiff(s)* ) | |
| *(Write the full name of each plaintiff who is filing this complaint.* ) | |
| *If the names of all the plaintiffs cannot fit in the space above,* ) | Jury Trial: *(check one)* ✔Yes ☐No |
| *please write "see attached" in the space and attach an additional* ) | |
| *page with the full list of names.)* ) | |
| -v- ) | |
| ) | |
| ) | |
| Steamfitter Union Local 602 ) | |
| and ) | |
| Kiewit Inc., and Kiewit Corporation ) | |
| ) | |
| *Defendant(s)* ) | |
| *(Write the full name of each defendant who is being sued. If the* ) | |
| *names of all the defendants cannot fit in the space above, please* ) | |
| *write "see attached" in the space and attach an additional page* ) | |
| *with the full list of names.)* ) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.      The Parties to This Complaint

####    A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Shahidah T. Brewington |
| Street Address | 7711 O'Connor Drive, Apartment 1001 |
| City and County | Round Rock of Williamson County |
| State and Zip Code | Texas, 78681 |
| Telephone Number | 240-496-5847 |
| E-mail Address | bey114works@yahoo.com |

####    B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

| | |
|---|---|
| Name | Steamfitter Union Local 602 |
| Job or Title *(if known)* | |
| Street Address | 8700 Ashewood Drive |
| City and County | Capital Heights of Prince George's County |
| State and Zip Code | Maryland, 20743 |
| Telephone Number | - |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Steamfitter Union Local 602 |
| Job or Title *(if known)* | |
| Street Address | 5301 Wisconsin Avenue, Suite 800 |
| City and County | Washington |
| State and Zip Code | District of Colombia, 20015 |
| Telephone Number | - |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Kiewit, INC. |
| Job or Title *(if known)* | |
| Street Address | 25 Cove Point Road |
| City and County | Lusby of Calvert County |
| State and Zip Code | Maryland, 20657 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Kiewit Corporation |
| Job or Title *(if known)* | |
| Street Address | Kiewit Plaza |
| City and County | Omaha |
| State and Zip Code | Nebraska, 68131 |
| Telephone Number | |
| E-mail Address *(if known)* | |

**C.    Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Kiewit, INC. |
| Street Address | 25 Cove Point Road |
| City and County | Lusby of Calvert County |
| State and Zip Code | Maryland, 20657 |
| Telephone Number | - |

**II.    Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☑    Relevant state law *(specify, if known)*:

Maryland Code of Fair Employment Practices (Executive Order 01.01.2007.16)

☐    Relevant city or county law *(specify, if known)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*:    Sexual harassment, hostile work envirionment

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

February 20th-24th, 2017

C.    I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race          Asiatic
- ☑ color          olive brown
- ☑ gender/sex          female
- ☑ religion          Islam
- ☑ national origin          Moorish
- ☐ age *(year of birth)*          *(only when asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)*

    Diabetes

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

As an employee of both Steamfitter Union Local 602 and Kiewit Corporation, I was sexually harassed via verbal and physical misconduct. After countless attempts to alert my employer about my co-worker Devin Arya using obscene and profane language in which to abuse my person, I was left to work in a hostile work environment by my employers. Neither the foreman, Michael Vaughn, general foreman, Eduardo Figuroa, field enginer, David, Lorrin Kelly, assistant superintendent, Kelly Prince, superintendent or the top perosnel, Choppa, stopped the harassment--it continued to occur. Instead, I was retaliated against for making a complaint and was wrongfully terminated. Due to being wrongfully fired I was subject to no unemployment. But after I appealed the State of Maryland's Department of Labor and Licensing and Regulation first denial, I was awarded my unemployment.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.      It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*
October 11th, 2017

B.      The Equal Employment Opportunity Commission *(check one)*:

☐       has not issued a Notice of Right to Sue letter.

☑       issued a Notice of Right to Sue letter, which I received on *(date)*    06/08/2023          .

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.      Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐       60 days or more have elapsed.

☐       less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

My hope is to regain strength in my years to come. I had hoped to have a lengthy career with a union and sought to better myself and family's financial and living situation. The loss of my job created a downward domino effect which left me homeless and without my children for a period of time. I pray the court will grant me reilief by directing the Defendant to pay me $16.1 million dollars. That the court grants me such relief as may be appropriate, including injunctive orders, for damages, costs and for all compensatory damages and any other relief the court may find suitable.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        09/06/2023

Signature of Plaintiff

Printed Name of Plaintiff        Shahidah T. Brewington

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address